# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Charlie Kimmel<br>*Plaintiff*<br>v.<br>Carolyn W Colvin<br*Defendant* | Civil Action No. 4:15-cv-05058-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion for Summary Judgment DENIED, ECF No. 13.
Commissioner's Motion for Remand GRANTED, ECF No. 17.
Matter is REMANDED to the Commissioner for additional proceedings.
Judgment entered in Plaintiff's favor.
Case CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on Plaintiff's motion for Summary Judgment, ECF No. 13. Commissioner's Motion for Remand, ECF No. 17.

Date: 07/29/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler